No. 94–9190.  FREEMAN v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 94–9192.  GREEN v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 94–9194.  HARBIN v. MARYLAND MOTOR VEHICLE ADMINISTRATION.  Cir. Ct. Prince George's County, Md.  Certiorari denied.

No. 94–9196.  GALVAN v. CAROTHERS, SUPERINTENDENT, LEMON CREEK CORRECTIONAL CENTER, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 94–9202.  BURNS v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 94–9208.  BATTIE v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 94–9226.  SARGENT v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 94–9235.  MARK v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 94–9236.  ROSARIO v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 94–9241.  SPENCER v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 94–9244.  CHRISTIE v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 94–9248.  JAMERSON v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 94–9249.  JONES v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 94–9251.  SABINI v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 94–9252.  CARRERA SEGUAME v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.